EDWARD SCHLACHTER v. PUBLIC SERVICE
ELECTRIC & GAS.

May 20, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT L. WARD.

May 20, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS CHALMERS.

May 20, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS CHALMERS.

May 20, 1986.

Cross-petition for certification denied.